NUMBER 13-10-00354-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE MICHELLE ARTEAGA


____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam



 Relator, Michelle Arteaga, filed a petition for writ of mandamus in the above cause
on July 8, 2010. On July 13, 2010, the Court directed relator to file a transcript of any
relevant testimony, or a statement in lieu thereof, and requested that the real party in
interest, Jorge Arteaga, file a response to relator's petition for writ of mandamus on or
before the expiration of ten days. See Tex. R. App. P. 52.7(a)(2), 52.8(b). Relator has now
filed a "Notice of Nonsuit" stating that she no longer wishes to prosecute this matter
because the parties have entered into a settlement agreement to transfer the underlying
case to Nueces County, Texas.


 The Court, having examined and fully considered the petition for writ of mandamus
and relator's "Notice of Nonsuit," is of the opinion that relator's motion to dismiss this
original proceeding should be and is GRANTED. This cause is DISMISSED without
reference to the merits. 

 IT IS SO ORDERED. 

 PER CURIAM

Delivered and filed the

28th day of July, 2010.